1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| GERALD P. NUNEZ A.K.A. NICK F. GONZALEZ, | |
|---|---|
| Plaintiff, | Case No. C06-5650RBL |
| v. | ORDER ON PLAINTIFF'S FILINGS FROM NOVEMBER 8, 2007 TO DECEMBER 5, 2007 |
| PIERCE COUNTY JAIL *et al*., | |
| Defendants. | |

This Civil Rights action, brought pursuant to 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The court's calendar reflects a motion regarding kites being filed on November 8, 2006 (Dkt. # 4). That motion was noted by the clerk's office for November 24, 2006 and is now ripe for review.

Review of the document shows plaintiff complaining about a lack of response to grievances he has filed. Plaintiff does not ask for court intervention and the filing is not in the form of a motion. **The clerk's office is directed to remove this motion from the court's calendar**.

On November 15, 2006, plaintiff filed a letter with the court (Dkt. # 7). Again, the filing requests no court action but instead asks the clerks office to include a return address on all correspondence. The court does not consider this filing to be a motion. **The clerk's office is**

ORDER - 1

**directed to remove this motion from the court's calendar**.

Between November 21, 2006 and December 5, 2006 plaintiff filed three letters with the court regarding grievances he has filed with the Pierce County Jail. Each of the documents requests a "federal investigation" (Dkt. # 8, 9, and 11). Plaintiff is complaining about the lack of response to grievances he has filed. He is requesting information as to the names of persons involved in an incident in the intake area of the jail on October 4, 2006. That incident is the subject of this litigation.

Plaintiff has been granted *in forma pauperis* status and the court has ordered service be attempted by United States Marshal utilizing the mail. Plaintiff has the ability to file and serve discovery on a named defendant or on counsel if counsel appears for a defendant.

The court does not conduct business by letter and plaintiff is instructed to file motions that are properly noted if he wishes to place a matter before the court for consideration. The order directing service provides instructions on what date any motion should be noted for as does Local Civil Rule 7.

To the extent plaintiff asks for a federal investigation, of either the lack of grievance responses, or the alleged assault on October 4, 2007, the motions are **DENIED.** The clerk is directed to send plaintiff a copy of this Order and remove (Dkt. # 8. 9, 1nd 11), from the court's calendar.

DATED this 6, day of December, 2006.

                          */S/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge

ORDER - 2