1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

GERALD R. NUNEZ A.K.A. NICK F.
GONZALEZ,

12

        Plaintiff,

Case No. C06-5650RBL

13

        v.

ORDER ADOPTING THE REPORT
AND RECOMMENDATION

14

PIERCE COUNTY JAIL, CAPTAIN
SPENCER *et al.*,

15

        Defendants.

16

17

        The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J.

18

Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does

19

hereby find and ORDER:

20

        (1)     The Court adopts the Report and Recommendation;

21

        (2)     This action is **DISMISSED WITH PREJUDICE.**

22

        (3)     Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and
                to the Hon. J. Kelley Arnold.

23

24

        DATED this 29th day of October, 2007.

25

26

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

27

28

ORDER - 1