# United States District Court

WESTERN DISTRICT OF WASHINGTON

GERALD R. NUNEZ a/k/a
NICK F. GONZALEZ

JUDGMENT IN A CIVIL CASE

v.

HAROLD CLARK

CASE NUMBER: C06-5650RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE**.

October 31, 2007 — Date

BRUCE RIFKIN — Clerk

*s/CM Gonzalez*
Deputy Clerk